# FIRST DISTRICT.

Emma Stut, appellee, v. James H. Hooper, appellant. Gen. No. 33,998.

Heard in the third division of this court for the first district at the December term, 1929. ■■■■ Opinion filed January 28, 1931.
James H. Hooper, *pro se.* No appearance for appellee.
Mr. Presiding Justice Wilson delivered the opinion of the court.

Sarah Smargon, appellee, v. David Ellis and S. Ellis, appellants. Gen. No. 34,008.

Heard in the third division of this court for the first district at the December term, 1929. ■■■■ Opinion filed January 28, 1931.
Isadore Kaplan and Grossberg, Lyon & Brill, for appellants. Gallagher, Shulman & Abrams, for appellee.
Mr. Presiding Justice Wilson delivered the opinion of the court.

Frank E. Davidson, appellant, v. Wood Equipment Company, appellee. Gen. No. 34,102.

Heard in the third division of this court for the first district at the February term, 1930. ■■■■ Friend, J., not participating. Opinion filed January 28, 1931.
Walter S. Holden, for appellant. Montgomery, Hart, Pritchard & Herriott, for Illinois Society of Architects; Walter S. Holden, Norman H. Pritchard and Victor C. Milliken, of counsel. C. T. B. Goodspeed and Alfred R. Bates, for appellees.
Mr. Presiding Justice Wilson delivered the opinion of the court.